# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Class B Misdemeanor Offense)** |
| v. | CASE NUMBER: 10-mj-01139-BNB |
| ENCANA OIL & GAS (USA), INC. | Gregory E. Goldberg<br>(Defendant's Attorney) |

**THE DEFENDANT CORPORATION:**  Pleaded guilty to Counts I and II of the Information.

**ACCORDINGLY,**  the Court has adjudicated that the defendant corporation is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 703(a) and 707(a) | Violation of the Migratory Bird Treaty Act (Colorado Case) | 04/30/10 | I |
| 16 U.S.C. § 703(a) and 707(a) | Violation of the Migratory Bird Treaty Act (Wyoming Case) | 09/30/09 | II |

The defendant corporation is sentenced as provided on page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant Organization's Business Address:
    370 17th Street
    Suite 1700
    Denver, Colorado 80202

Defendant Organization's Mailing Address:
    Same

August 26, 2010
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 7, 2010
Date

## PROBATION

The defendant corporation is hereby placed on probation for a term of eighteen (18) months per count to run concurrently.

## STANDARD CONDITIONS OF SUPERVISION

The defendant corporation agrees that it shall commit no further criminal violations of federal, state or local law, including those laws and regulations for which primary enforcement has been delegated to state authorities.

## ADDITIONAL CONDITIONS OF SUPERVISION

1)      The defendant corporation must implement an Environmental Compliance Plan, which is Attachment B of the Plea Agreement.  The defendant corporation shall insure that all subsidiaries technically managing and/or operating facilities to which the Environmental Compliance Plan is applicable comply with Environmental Compliance Plan.

### CRIMINAL MONETARY PENALTIES

The defendant corporation shall pay a fine of $15,000 per count for a total of $30,000, directed to the North American Wetlands Conservation Fund for wetlands conservation work in Colorado and Wyoming.

The defendant corporation shall make a Community Service payment of $85,000 per count for a total of $170,000 to the National Fish and Wildlife Foundation.

The defendant corporation shall make a special assessment payment of $50 per count for a total of $100.

The total of the monetary obligations due and owing for both Counts I and II is $200,100.